**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-1842**

_____

DAVID COLE, JR.,

        Plaintiff - Appellant,

      v.

XEROX CORPORATION,

        Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Arenda L. Wright Allen, District Judge.  (2:24-cv-00578-AWA-LRL)

_____

Submitted:  December 18, 2025                Decided:  December 22, 2025

_____

Before NIEMEYER and BERNER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

David Cole, Jr., Appellant Pro Se.  Alexander Craig Landin, KULLMAN FIRM, PC, New Orleans, Louisiana, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Cole, Jr., appeals the district court's order granting Defendant's motion to compel arbitration in Cole's action brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's judgment, *Cole v. Xerox Corp.*, No. 2:24-cv-00578-AWA-LRL (E.D. Va. July 7, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*